UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Juan Carlos Hernandez
        Petitioner,                      CIVIL ACTION
                                                NO.   05-40068-PBS
     v.

David L. Winn
        Respondent.

## NOTICE OF STATUS HEARING

SARIS, U.S.D.J.                                                                          May 5, 2005

      TAKE NOTICE that the above-entitled case has been set for a Status Hearing on **May 16, 2005**, at **2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                               By the Court,

                                                                /s/ Robert C. Alba
                                                              Deputy Clerk

Copies to:  All Counsel