UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Superintendent, FMC Devens, Ayer, MA.

YOU ARE COMMANDED to have the body of Juan Carlos Hernandez* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom  No. 19,  on the 7th  floor, on May 16, 2005, at 2:30 p..m.  for the purpose of a Status Hearing in the case of  Juan Carlos Hernandez V. David L. Winn, CA Number 05-40068-PBS.   And you are to retain the body of said Juan Carlos Hernandez  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Juan Carlos Hernandez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 5th day of May, 2005.

* D.O.B unknown
  SS# unknown


PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk


By: /s/ Robert C. Alba
SEAL                    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Superintendent, FMC Devens, Ayer, MA.

YOU ARE COMMANDED to have the body of Juan Carlos Hernandez* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom  No. 19,  on the 7th  floor, on May 16, 2005, at 2:30 p..m.  for the purpose of a Status Hearing in the case of  Juan Carlos Hernandez V. David L. Winn, CA Number 05-40068-PBS.   And you are to retain the body of said Juan Carlos Hernandez  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Juan Carlos Hernandez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 5th day of May, 2005.

* D.O.B unknown
   SS# unknown


PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk


By: /s/ Robert C. Alba
SEAL                    Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Superintendent, FMC Devens, Ayer, MA.

YOU ARE COMMANDED to have the body of Juan Carlos Hernandez* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom  No. 19,  on the 7th  floor, on May 16, 2005, at 2:30 p..m.  for the purpose of a Status Hearing in the case of  Juan Carlos Hernandez V. David L. Winn, CA Number 05-40068-PBS.   And you are to retain the body of said Juan Carlos Hernandez  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Juan Carlos Hernandez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 5th day of May, 2005.

* D.O.B unknown
  SS# unknown


PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk


By: /s/ Robert C. Alba

SEAL                              Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Superintendent, FMC Devens, Ayer, MA.

YOU ARE COMMANDED to have the body of Juan Carlos Hernandez* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom  No. 19,  on the 7th  floor, on May 16, 2005, at 2:30 p..m.  for the purpose of a Status Hearing in the case of  Juan Carlos Hernandez V. David L. Winn, CA Number 05-40068-PBS.   And you are to retain the body of said Juan Carlos Hernandez  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Juan Carlos Hernandez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 5th day of May, 2005.

* D.O.B unknown
   SS# unknown


PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk


By: /s/ Robert C. Alba
SEAL                          Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Superintendent, FMC Devens, Ayer, MA.

YOU ARE COMMANDED to have the body of Juan Carlos Hernandez* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom  No. 19,  on the 7th  floor, on May 16, 2005, at 2:30 p..m.  for the purpose of a Status Hearing in the case of  Juan Carlos Hernandez V. David L. Winn, CA Number 05-40068-PBS.   And you are to retain the body of said Juan Carlos Hernandez  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Juan Carlos Hernandez to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 5th day of May, 2005.

* D.O.B unknown
  SS# unknown


PATTI B. SARIS
United States District Judge

Sarah Thornton, Clerk


By: /s/ Robert C. Alba
SEAL                        Deputy Clerk