ATTORNEY ASSIGNMENT REQUEST

Petitioner: Juan Carlos Hernandez_____    Case & Defendant Number_05-CV-40068-PBS_____

Date of Appointment:_May 6, 2005_____    Appointed by:_Saris, D.J._____

Attorney Withdrawn_____n/a_____    Date of Withdrawal____n/a_____

Reason for Withdrawal_____n/a_____

Number of Counts_____n/a_____

Charge(s) and Cite(s)_____n/a_____

_____

Indictment_____    Information_____    Probation Revocation_____

Number of Defendants_____

Judge Code__0129_____

Special Instructions: Appointment of CJA counsel for representation in a Section 2241 Petition for Writ of Habeas Corpus.  A Status Hearing is scheduled for **May16, 2005, at 2:30 p.m.** before Judge Saris.  Petitioner is Spanish speaking. Petitioner is currently incarcerated at FMC Devens, Ayer, MA. B.O.P # 41503-133.

_____/s/ Robert C. Alba_____
Deputy Clerk

Dated_ May 6, 2005

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION
MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form**

[attyreq.;kattyreq.]