UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUAN CARLOS HERNANDEZ, | ) | |
|     Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-40068-PBS |
| v. | ) | |
| | ) | |
| | ) | |
| DAVID WINN, | ) | |
|     Respondent. | ) | |

## RESPONDENT'S NOTICE THAT THE PETITIONER WILL BE RELEASED

The Respondent, through undersigned counsel, hereby provides notice that the Respondent has undertaken the release of the Petitioner in this matter. The Petitioner is a quadrepeligic and, as a consequence, the Bureau of Immigration and Customs Enforcement (ICE) has undertaken to insure that he has a place to go upon release. In this regard, ICE has contacted the Petitioner's brother, who resides in Daytona, and will arrange for a flight to Daytona and for Petitioner's brother to pick up the Petitioner.

It hoped that this can be accomplished tomorrow, May 13, 2005, but if not, it has been represented to undersigned counsel that this will certainly be accomplished during the week of May 16, 2005.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    _/s/ Mark J. Grady_____
    MARK J. GRADY
    Assistant U.S. Attorney
    U.S. Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    Tel. No. (617) 748-3136