UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUAN CARLOS HERNANDEZ,
        Petitioner,

    v.                    CIVIL ACTION No. 05-40068-PBS

DAVID L. WINN, Warden,
        Respondent.

MOTION FOR ENLARGMENT OF TIME

N O W   C O M E S petitioner, JUAN CARLOS HERNANDEZ, by his counsel, and moves for an order enlarging time to draft petitioner's opposition to the respondent's motion to dismiss the petition as moot.  Counsel requires additional time to write petitioner's memorandum, obtain an affidavit, conduct any necessary investigation and to communicate with the petitioner, now in Deltona, Florida.  Counsel requests a three-week enlargement of time to July 12, 2005.  The Government does not oppose this motion.

    For the reasons set forth above, defendant's motion should be granted.

    Dated this 17th day of June, 2005 at Boston, Massachusetts.

/s/ *Kevin Lawrence Barron*
_____
Kevin Lawrence Barron BBO No. 550712
Counsel to Juan Carlos Hernandez
453 Washington Street - 5th Fl.
Boston, MA 02111-1325
Telephone No. 617-482-6368
Cellular No. 617-407-6837
Facsimile 617-517-7711
E-mail: k@lawyerbarron.com

ELECTRONIC FILING