UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JUAN CARLOS HERNANDEZ,
        Petitioner,

v.                   CIVIL ACTION No. 05-40068-PBS

DAVID L. WINN, Warden,
        Respondent.

<u>MOTION TO UNSEAL LIST OF NAMES</u>

N O W   C O M E S petitioner, JUAN CARLOS HERNANDEZ, by his counsel, and moves for an order disclosing the letter of AUSA Mark Grady to the Hon. Patti B. Saris, USDJ (document 10), filed by the Government under seal on June 7, 2005. Said letter contains the list of names of other Mariel Boat Lift detainees imprisoned at Ft. Devens. Counsel needs to contact these detainees and learn about the terms of their detention for evidence in opposition to the Government's motion to dismiss the petition as moot. The Government opposes this motion.

    For the reasons set forth above, petitioner's motion should be granted.

    Dated this 17th day of June, 2005 at Boston, Massachusetts.

                                      /s/ *Kevin Lawrence Barron*

                                      _____
                                      Kevin Lawrence Barron BBO No. 550712
                                      Counsel to Juan Carlos Hernandez
                                      453 Washington Street - 5th Fl.
                                      Boston, MA 02111-1325
                                      Telephone No. 617-482-6368
                                      Cellular No. 617-407-6837
                                      Facsimile 617-517-7711
                                      E-mail: <u>k@lawyerbarron.com</u>

ELECTRONIC FILING