# KEVIN LAWRENCE BARRON
**ATTORNEY AT LAW**

453 WASHINGTON STREET - 5TH FLOOR
BOSTON, MASSACHUSETTS 02111-1325
TELEPHONE: 617-482-6368
TELECOPIER 617-517-7711
E-MAIL: K@LAWYERBARRON.COM

ADMITTED MA, NY, ME

October 21, 2005

Hon. Patti B. Saris
United States District Judge
United States District Court
One Courthouse Way
Boston, MA 02210

RE:   *Hernandez v. Winn*
      Action No. 4:05-cv-40068-PBS

Dear Judge Saris:

In accordance with your Honor's wishes, I have attempted to find other persons at FMC Devens being detained under a removal order, possibly in violation of *Clark v. Martinez*. An inmate of FMC Devens named Mr. Casanova Ponce 00060-129, or Casanova Ponce De Leon, has answered one of my letters. His response included documentation indicating that he is a Mariel boat lift immigrant, that he is not serving any sentence and that he is being held under a removal order. I do not know whether he is among the eleven persons named in the government's June 7, 2005 sealed letter (#10).

Sincerely,

/s/ *Kevin L. Barron*

Kevin L. Barron
KB


ELECTRONIC FILING

1