UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Juan Carlos Hernandez
        Petitioner,                  CIVIL ACTION
                                              NO.   05-40068-PBS
   v.

Alberto Gonzalez
        Respondent.

## **NOTICE OF HEARING**

SARIS, U.S.D.J.                                                                           November 23, 2005

     TAKE NOTICE that the above-entitled case has been set for a Hearing re: mootness claim on **December 21, 2005**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                     By the Court,

                                                                    /s/ Robert C. Alba
                                                                  Deputy Clerk

Copies to:  All Counsel