UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUAN CARLOS HERNANDEZ, | ) | |
| Petitioner, | ) | CIVIL ACTION NO: |
| | ) | 05-40068-PBS |
| v. | ) | |
| | ) | |
| | ) | |
| DAVID WINN, | ) | |
| Respondent. | ) | |

## APPEARANCE OF COUNSEL

Please enter my appearance on behalf of the Respondent.

                                                            Respectfully submitted,

                                                            MICHAEL J. SULLIVAN
                                                            United States Attorney

                                                            _/s/ Mark J. Grady_____
                                                           MARK J. GRADY
                                                           Assistant U.S. Attorney
                                                           U.S. Attorney's Office
                                                           John Joseph Moakley U.S. Courthouse
                                                           1 Courthouse Way, Suite 9200
                                                           Boston, MA   02210
                                                           Tel. No. (617) 748-3136