UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUAN CARLOS HERNANDEZ,<br>        Petitioner<br><br>        v.<br><br>DAVID L. WINN, Warden,<br>        Respondent. | CIVIL ACTION NO. 05-40068-PBS |

## ORDER

December 22, 2005

Saris, U.S.D.J.

    The habeas petition is dismissed as moot because the government has released Mr. Hernandez as required by the Supreme Court in <u>Clark v. Martinez</u>, 125 S.Ct. 716 (2005).

                                                /s/ Patti B. Saris<br>
                                                PATTI B. SARIS<br>
                                                United States District Judge